UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DENNIS KELLY, LYNNETTE KELLY, KERI KELLY, § § § § Plaintiff, § VS. § FERROSTAAL, INC, § § § Defendant. § | CIVIL ACTION NO. H-03-1 |

# FINAL JUDGMENT

As the Court has entered its findings of fact and conclusions of law in the above-referenced matter, the Court hereby

ORDERS that final judgment be entered in favor of Defendant Ferrostaal, Inc. in accordance with the Court's findings of fact and conclusions of law. Plaintiffs Dennis Kelly and Lynnette Kelly failed to establish liability under section 510 of ERISA at a bench trial on November 2 & 3, 2004. Accordingly, Plaintiffs Dennis Kelly and Lynnette Kelly shall take nothing from Defendant Ferrostaal, Inc.

This is a FINAL JUDGMENT.

SIGNED the 6th day of May, 2005.



David Hittner
United States District Judge